■ EARL SEWARD et al., Respondents, v 195 BROADWAY CORP., Defendant-Appellant, and Third-Party Plaintiff-Appellant-Respondent. ANCHOR CONTRACTING CORP., Third-Party Defendant-Appellant-Respondent; FRANKLIN ALLEN WINDOW CLEANING CO., Third-Party Defendant-Respondent.— Judgment, Supreme Court, Bronx County, entered on October 29, 1979, unanimously reversed, on the law and the facts, and a new trial ordered on the issue of damages only, without costs and without disbursements, unless plaintiff, Earl Seward, within 20 days after service upon him of a copy of the order herein, with notice of entry, serves and files in the office of the clerk of the trial court a written stipulation consenting to reduce the verdict in his favor to $200,000 and to the entry of an amended judgment in accordance therewith. If plaintiff so stipulates, the judgment, as so amended and reduced, is affirmed, without costs and without disbursements. After review of the record, the damages appear to us to be excessive to the extent indicated. Concur—Fein, J. P., Sandler, Ross, Bloom and Carro, JJ.